Steve Luan, Esq., SBN 225098
2451 Huntington Drive
San Marino, CA 91108
Tel.: (626) 396-0188
Fax.: (626) 396-0885
Email: steve_luan@yahoo.com
Attorney for Plaintiff Huan Wang

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAN WANG,<br><br>       Plaintiff,<br><br>   vs.<br><br>SUSAN CURDA, DISTRICT DIRECTOR OF US CITIZENSHIP AND IMMIGRATION SERVICES<br><br>       Defendant | DOCKET NO.:<br><br>Judge:<br>Dept.:<br><br><br><br>**COMPLAINT FOR WRIT OF MANDAMUS** |

TO THE HONORABLE JUDGES OF SAID COURT:

Plaintiff HUAN WANG (USCIS Alien No. 209-208-451) through her attorney alleges as follows:

**INTRODUCTION**

1. This is a civil action brought pursuant to 8 U.S.C. § 1329, and 28 U.S.C. § 1331 and § 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statues jurisdiction is conferred, and to compel Defendant to perform a duty that Defendant owes to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

1
COMPLAINT FOR MANDAMUS

2. this action is brought to compel Defendant, Director of US Citizenship and Immigration Services (USCIS), and those acting under her to rule upon the Application for Asylum duly filed on September 22, 2016 by Plaintiff. (**Please see Exhibit One, USCIS Form I-797C**).

## PARTIES

3. Plaintiff is a citizen of China who entered into the United States of America legally on or about August 9, 2016 and an applicant for asylum.

4. Defendant, Susan Curda (or whoever currently in the position) is the District Director of the US Citizenship and Immigration Services in Los Angeles District and is charged by law with the statutory obligation to adjudicate Plaintiff's application for asylum.

## FACTS

5. On or about September 22, 2016, Plaintiff filed with USCIS an application for asylum.

6. Since the filing, it has been more than six years passed, Defendant failed to schedule an interview for Plaintiff's application for asylum.

7. Plaintiff is informed and believes and thereon alleges that pursuant to the Immigration and Nationality Act ("INA"), in the absence of exceptional circumstances, the initial interview or hearing on the **asylum application** must commence **not later than 45 days after the date an application is filed**. *INA* § 208(d)(5)(A)(ii). In the absence of exceptional circumstances, final administrative adjudication of the asylum application, not including administrative appeal, must be completed within 180 days after the date an

application is filed. *Id*. § 208(d)(5)(A)(iii). According to the above laws, USCIS shall schedule the asylum interview within 45 days after filing the application by the plaintiff. And, the application should be adjudicated within 180 days from the filing date, unless exceptional circumstances apply.

8. As stated above, it has been more than six years passed since the time that Plaintiff filed his application for asylum.

9. Considering that the period of Covid Pandemic from January 2020 to January 2022 may be the exceptional circumstances, it has still been five years lapsed.

10. Upon information and belief, the normal period prescribed under the laws by Defendant for ruling Plaintiff's application has long since passed. Defendant has sufficient information to conduct an interview and to determine Plaintiff's eligibility requirements for asylum or related reliefs.

11. Defendant has willfully and unreasonably delayed its action and has refused to adjudicate the asylum application of Plaintiff, thereby depriving her of the right to obtain the relief sought by her in order to allow that peace of mind to which Plaintiff is entitled under the Immigration and Naturalization Act.

9. Defendant's delay in processing this matter has caused tremendous anxiety on Plaintiff and may have been denied her and her family some very significant immigration benefit.

10. Defendant owes Plaintiff the duty to act upon her application for asylum and has unreasonably failed to perform that duty.

11. Plaintiff has made multiple inquiries about her case to the USCIS. However, Defendant failed to take any action in adjudicating Plaintiff's application.

12. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that this Court:

(1) Compel Defendant and those acting under her to perform their duty to schedule an interview for the application filed by Plaintiff and to determine her eligibility for asylum and related reliefs;

(2) Grant such other and further relief this Court deems proper under the circumstances; and

(3) Grant attorney fees and costs of court to Plaintiff.

Dated: November 13, 2022                    /s/ *Steve Luan*

                                                                  Steve Luan, Esq., Attorney for Plaintiff Xintao Liu

# EXHIBIT ONE

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | | NOTICE DATE September 24, 2016 |
|---|---|---|---|
| CASE TYPE I589    Application For Asylum | | | USCIS A# A 209 208 451 |
| RECEIPT NUMBER ZLA1600191060 | RECEIVED DATE September 22, 2016 | PRIORITY DATE September 22, 2016 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
HUAN WANG
221 W ALHAMBRA RD A
ALHAMBRA CA  91801

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS EL MONTE 9251 GARVEY AVE SUITE Q SO. EL MONTE CA 917334611 | 09/27/2016 to 10/11/2016 | Sat - Sun Closed Mon - Fri 8am-3pm |



Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|
| |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14 Y